1  JEFFREY A. DICKERSON
   NEVADA Bar No. 2690
2  9655 Gateway Dr., Suite B
   Reno, NV 89521
3  (775) 786-6664
   (775) 786-7466-Facsimile
4  Attorney for Plaintiff

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * *

9  CHARMAINE SMITH,                    CASE NO.  CV-N-05-0503-LRH-(VPC)

10                                     STIPULATION AND ORDER MODIFYING
            Plaintiff,                 SCHEDULING ORDER
11
   vs.
12
   JAMES RICHARDSON, an individual,
13 DOUG TRACY, an individual, GERALD
   FISK, an individual, and RANDALL
14 SCOTT, an individual,

15      Defendants.
                                    /
16
        The parties stipulate and agree to the following:
17
        Initial disclosures have taken place.  Plaintiff has disclosed experts.
18
        Written discovery is underway.
19
        Depositions have been scheduled, including for March 28th, (Plaintiff) and 29th, 2006.
20
        The discovery cutoff is currently March 30th, 2006.
21
        In order to accomplish the necessary additional depositions, including of the
22
   Defendants and the NDI investigators, counsel require an additional 90-days in which to
23
   complete discovery in this case.
24
        Mr. Quinn just joined the case.  Counsel have not done depositions because of an
25
   investigation into the underlying matter and resulting personnel matters because it made
26
   sense to let that play its course, as it may affect the issues in this case.  Now the situation is
27
   stable and depositions will not interfere with or disrupt the course of investigation or personnel
28

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

1    matters.  Also, transfer of Plaintiff was under discussion as a potential resolution until only
2    recently.  Plaintiff is also seeking a right to sue to add Title VII claims to this case which arise
3    out of the same facts.  This proposal takes these matters into account.

4        WHEREFORE, the Scheduling Order should be modified as follows:

5    New Amendment:                May 17, 2006

6    Old Cutoff:                   March 30, 2006

7    New Cutoff:                   June 30, 2006

8    Old Dispositive Cutoff:       May 1, 2006

9    New Dispositive Cutoff:       August 1, 2006

10   Old Pretrial Order:           May 30, 2006

11   New Pretrial Order:           August 30, 2006

12   DATED 3/13/06                          DATED 3/10/06

13
14   LAW OFFICE OF                          OFFICE OF THE ATTORNEY GENERAL
     JEFFREY A. DICKERSON                   GEORGE CHANOS ATTORNEY GENERAL

15
     JEFFREY A. DICKERSON                   BY: STEPHEN QUINN,
16   Counsel for Plaintiff                  SENIOR DEPUTY ATTORNEY GENERAL
                                            Counsel for Defendants
17

18                                 ORDER

19
         IT IS SO ORDERED this 16th day of March, 2006.
20

21

22                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

JAD/sh/smith-charmaine/modify-sdpso-stip          2

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664